IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MATTHEW JOSEPH RUSSO | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

The United States of America brings this action to collect the federal income tax assessments made against Matthew Joseph Russo for tax years 2005, 2006, 2015, 2016, and 2018. This action is brought at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury, and at the direction of the Attorney General of the United States.

### Jurisdiction & Venue

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1340 and 1345 and 26 U.S.C. § 7402(a).

2. Venue is proper in this district under 28 U.S.C. §§ 1391(b)(2) and 1396 because the tax liabilities at issue accrued in and Defendant resides within the jurisdiction of this Court.

### Parties

3. Plaintiff is the United States of America.

4.      Defendant Matthew Joseph Russo is the taxpayer against whom unpaid federal income taxes and fraud penalties were assessed. He resides in Delaware County, Pennsylvania within the jurisdiction of this Court.

**Reduce Federal Income Tax Assessments to Judgment**

5.      A delegate of the Secretary of the Treasury of the United States assessed federal income taxes and fraud penalties against Defendant for the tax periods, on the dates and in the amounts set forth below:

| Tax Period Ending | Assessment Date | Initial Assessment | Total Due as of July 20, 2026 |
|---|---|---|---|
| 12/31/2005 | 05/19/2014 | $88,196 | $135,108 |
| 12/31/2006 | 05/19/2014 | $52,638 | $72,541 |
| 12/31/2015 | 12/19/2016 | $11,239 | $18,817 |
| 12/31/2016 | 06/05/2017 | $5,653 | $7,722 |
| 12/31/2018 | 06/07/2019 | $4,986 | $5,964 |
| **Total** | | | **$240,152** |

6.      A delegate of the Secretary of the Treasury gave Defendant notice and demand for payment of the assessments described in paragraph 5.

7.      Interest and penalties have accrued and will continue to accrue on the unpaid balance of the assessments set forth in paragraph 5.

8.      The 2005 and 2006 assessments are fraud penalties that were assessed as a result of a January 14, 2014 Tax Court order entered in *Matthew J. Russo v. Comm'r*, Dkt. No. 20714-12.  The order was not appealed and therefore became a final judgement, which is res judicata on all subsequent proceedings.

2

9.     The 2015, 2016, and 2018 assessments are self-reported federal income taxes.

10.    As to tax years 2005 and 2006, Defendant submitted multiple Offers-in-Compromise (OICs), extending the collection statute expiration date.  All other tax years are within the ten-year collection statute expiration date.  26 U.S.C. § 6502(a).

11.    Defendant has failed to pay the United States the full amount of the tax assessments described in paragraph 5.

12.    On account of the assessments described in paragraph 5 and related accrual of penalties and interest, Defendant will be indebted to the United States in the amount of **$240,152** as of July 20, 2026, for federal income taxes, interest and penalties.

**The Collection Statute is Extended for the 2005 and 2006 Tax Years**

13.    The IRS typically has 10 years to collect taxes after they are assessed under 26 U.S.C. § 6502(a).

14.    The 10-year statute of limitation to collect is tolled or extended by certain events that prevent the IRS from collecting taxes during that time.

15.    Under 26 U.S.C. §§ 6331(k)(1), (3), the collection statute is extended for the time an Offer-in-Compromise is pending until it is accepted or returned.  If an Offer-in-Compromise is rejected, the collection statute is extended during the 30 days thereafter.  If an appeal of the rejection is filed within 30 days, the statute is extended while the appeal is pending.

3

16.     Between 2014 and 2018, the Defendant submitted several Offer-in-Compromise requests to the IRS that were withdrawn or rejected.  These events extended the 10-year collection statute beyond the date of the filing of this lawsuit.

WHEREFORE, the United States of America requests judgment as follows:

A.     That the Court render judgment in favor of the United States and against Matthew Joseph Russo, for his unpaid federal income taxes and fraud penalties relating to tax years 2005, 2006, 2015, 2016, and 2018, including interest and penalties that have accrued or will accrue, in the amount of $240,152 as of July 20, 2026, plus statutory additions to tax and interest according to law after that date until paid in full; and

B.     That the Court grant the United States such other relief as it deems just and proper.

Date: July 17, 2026

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ Olga L. Tobin
OLGA L. TOBIN
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice
Post Office Box 227
Washington, D.C. 20044
Telephone: (202) 307-6322
Fax: (202) 514-6866
olga.l.tobin@usdoj.gov
*Counsel for the United States*